**Dismissed and Opinion Filed October 23, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01395-CV

**ADVANTAGE CLAIMS RECOVERY GROUP, INC., Appellant**
**V.**
**ADVANCED PAIN CARE, M.D., S.C., ADVANCED CHIROPRACTIC CARE, S.C., ADVANCED PAIN AND REHAB, M.D., S.C., CARE MEDICAL OFFICE, S.C., AVANZADO QUIROPRACTICO (AKA CAWLEY CHIROPRACTIC), S.C., ADVANCED ANESTHESIA CARE M.D., S.C., AND BARRY S. RING, M.D., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04033**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Molberg

This appeal was abated January 12, 2015 due to appellant filing for bankruptcy and was reinstated April 16, 2019 after we learned the bankruptcy case had been closed since May 2017. Although we informed counsel of record that the appeal would be dismissed for want of prosecution unless any party gave cause as to why it should not be dismissed, no party has given cause and no effort to prosecute this appeal has occurred since the appeal was reinstated. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b).

/Ken Molberg//
KEN MOLBERG
JUSTICE

141395f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADVANTAGE CLAIMS RECOVERY
GROUP, INC., Appellant

No. 05-14-01395-CV     V.

ADVANCED PAIN CARE, M.D., S.C.,
ADVANCED CHIROPRACTIC CARE,
S.C., ADVANCED PAIN AND REHAB
M.D., S.C., CARE MEDICAL OFFICE,
S.C., AVANZADO QUIROPRACTICO
(AKA CAWLEY CHIROPRACTIC), S.C.,
ADVANCED ANESTHESIA CARE M.D.,
S.C., BARRY S. RING, M.D., Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-04033.
Opinion delivered by Justice Molberg,
Justices Bridges and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

We **ORDER** that appellees Advanced Pain Care, M.D., S.C., Advanced Chiropractic Care, S.C., Advanced Pain and Rehab M.D., S.C., Care Medical Office, S.C., Avanzado Quiropractico (aka Cawley Chiropractic), S.C., Advanced Anesthesia Care M.D., S.C., and Barry S. Ring, M.D. recover their costs, if any, of this appeal from appellant Advantage Claims Recovery Group, Inc.

Judgment entered this day 23rd of October 2019.